AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rogers, John M. | U.S. Court of Appeals, 6th Cir | 5/15/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge -- Active | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

100 E. Vine Street, Suite 400
Lexington KY 40507

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Professor Emeritus | University of Kentucky College of Law, Lexington KY |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 07/31/01 | Publishing agreement with Aspen Publishers (now Wolters Kluwer) and two co-authors for an administrative law casebook with 15% royalty for the authors. |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | Wolters Kluwer Publishing, Book Royalties | $673.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | University of Kentucky |
| 2. | 2016 | Chinese Cultural & Education Center of Lexington |
| 3. | 2016 | Bluegrass Evergreen LLC |
| 4. | 2016 | Belcan Services Group |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Law Institute | September 15-16, 2016 | Philadelphia, PA | Restatement Advisor Group | Meals, lodging, transportation |
| 2. | Yale Law School Federalist Society | October 24-26, 2016 | New Haven, CT | Presentation | Meals, lodging, transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rogers, John M.** | 5/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, John M. | 5/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TIAA retirement account-Traditional Guaranteed | E | Interest | O | T | | | | | |
| 2. CREF retirement account-CREF Stock R3 | | None | P1 | T | | | | | |
| 3. CREF retirement account-CREF Stock R2 | | None | K | T | | | | | |
| 4. CREF retirement account-CREF Equity Index R2 | | None | K | T | | | | | |
| 5. US Savings Bonds Series EE | D | Interest | M | T | | | | | |
| 6. Broker cash Acct-Morgan Stanley bk dep--USAA Treas Mkt./ as of 9-20-16 | A | Interest | J | T | | | | | |
| 7. USAA Subscriber's Savings Account | A | Distribution | J | T | | | | | |
| 8. Central Bank Checking Account | A | Interest | J | T | | | | | |
| 9. Neuberger Berman Genesis Fd NBGIX | A | Dividend | | | Sold | 06/01/16 | J | A | |
| 10. Blackrock Eq Div Fd cl A MADVX | B | Dividend | | | Sold | 11/09/16 | L | D | |
| 11. Touchstone Sands Cap Sel CFSIX | A | Dividend | | | Sold | 06/01/16 | L | D | |
| 12. Lazard Emerging Mkts Port Fd LZEMX | A | Dividend | | | Sold | 06/01/16 | K | A | |
| 13. TCW Sm Cap Growth Fd cl N TGSCX | A | Dividend | | | Sold | 06/01/16 | K | A | |
| 14. Cohen & Steers Realty Shs. Fd. CSRSX | A | Dividend | | | Sold | 12/15/16 | L | A | |
| 15. Lazard Intl Strat Eq LISIX | A | Dividend | | | Sold | 02/18/16 | K | A | |
| 16. Invesco Prem US Govt IUGXX | A | Dividend | | | Sold | 06/07/16 | J | A | |
| 17. Prudential Jennison Mid Cap PEGZX | A | Dividend | | | Sold | 11/30/16 | L | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, John M. | 5/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PIMCO Sh Term PTSPX | A | Dividend | | | Sold | 12/15/16 | J | A | |
| 19. Blackrock Hi Yld BHYAX/BHYIX | A | Dividend | | | Sold | 06/03/16 | J | A | |
| 20. Invesco Am Value MSAIX | A | Dividend | | | Sold | 06/07/16 | K | A | |
| 21. USAA Precious Metals Fund (USAGX) | A | Dividend | K | T | | | | | |
| 22. USAA World Growth Fund (USAWX) | A | Dividend | K | T | | | | | |
| 23. USAA International Fund (USIFX) | | None | | | Sold | 08/15/16 | K | C | |
| 24. USAA Sci & Tec Fund (USSCX) | | None | L | T | | | | | |
| 25. USAA Growth & Inc Fund USGRX | A | Dividend | K | T | | | | | |
| 26. USAA Inc Stock Fund USISX | | None | | | Sold | 03/22/16 | K | A | |
| 27. USAA Value Fund UVALX | A | Dividend | K | T | | | | | |
| 28. Vanguard Trgt Retire 2050 Fnd Inv (Birtley 401k plan) | D | Dividend | | | Sold | 03/28/16 | K | B | |
| 29. Eaton Vance Tax MGD Div Equ FD (EXG) | B | Dividend | | | Sold | 05/13/16 | J | A | |
| 30. First Trst Hlth Care Alpha ETF (FXH) | A | Dividend | | | Sold | 03/28/16 | K | A | |
| 31. First Trust Amex Biotech (FBT) | A | Dividend | | | Sold | 02/03/16 | J | A | |
| 32. First Trust Consmr Staples ETF (FXG) | A | Dividend | | | Sold | 05/17/16 | K | A | |
| 33. First Trust Consumer Discret (FXD) | A | Dividend | | | Sold | 05/17/16 | K | A | |
| 34. First Trust DJ Internet IDX (FDN) | A | Dividend | | | Sold | 05/17/16 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, John M. | 5/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. First Trust DW Focus 5 INTL (IFV) | A | Dividend | | | Sold | 02/18/16 | J | A | |
| 36. Lazard Intl Strat EQ PTF Inst (LISIX) | A | Dividend | | | Sold | 02/18/16 | J | A | |
| 37. Mainstay Cushing MLP Premier 1 (CSHZX) | A | Dividend | | | Sold | 02/09/16 | J | A | |
| 38. Chase Checking Account | | None | J | T | | | | | |
| 39. USAA Fed. Savings Bank | | None | J | T | | | | | |
| 40. ISHARES CORE US Aggr. (AGG) | A | Dividend | | | Buy | 03/22/16 | K | | |
| 41. | | | | | Sold | 05/17/16 | K | A | |
| 42. ISHARES IBOXX (LQD) | A | Dividend | | | Buy | 03/22/16 | K | | |
| 43. | | | | | Sold | 05/17/16 | K | A | |
| 44. First Trust UTLS (FXU) Alphadex ETF | A | Dividend | | | Buy | 02/03/16 | K | | |
| 45. | | | | | Sold | 05/17/16 | K | A | |
| 46. Victory Income Low Duration Bond A (RLDAX) | A | Dividend | | | Buy | 06/01/16 | J | | |
| 47. | | | | | Sold | 11/04/16 | J | A | |
| 48. AQR Style Premia Alt. 1 (QSPIX) | A | Dividend | | | Buy | 02/09/16 | J | | |
| 49. | | | | | Sold | 06/03/16 | J | A | |
| 50. LOCORR Mkt. Trend 1 (LOTIX) | A | Dividend | | | Buy | 02/09/16 | J | | |
| 51. | | | | | Sold | 12/06/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. First Trust Engy Alphadex ETF (FXN) | A | Dividend | | | Buy | 03/28/16 | K | | |
| 53. | | | | | Sold | 05/17/16 | K | A | |
| 54. Franklin Utilities Advisor (FRUAX) | A | Dividend | | | Buy | 06/03/16 | K | | |
| 55. | | | | | Sold | 12/08/16 | K | A | |
| 56. Voya Global Real Est. 1 | A | Dividend | | | Buy | 06/03/16 | K | | |
| 57. | | | | | Sold | 12/06/16 | K | A | |
| 58. Vanguard Total Stk. Mkt. IDX INV | A | Dividend | | | Buy | 06/03/16 | K | | |
| 59. | | | | | Sold | 11/14/16 | K | B | |
| 60. USAA Intl. Fund Retail (USIFX) | A | Dividend | M | T | Buy | 11/10/16 | M | | |
| 61. USAA Tax Exempt Intermed Term Retail (USATX) | A | Dividend | L | T | Buy | 11/10/16 | L | | |
| 62. USAA Growth & Income Fund Retail (USGRX) | A | Dividend | M | T | Buy | 11/30/16 | L | | |
| 63. | | | | | Buy (add'l) | 12/16/16 | K | | |
| 64. USAA Value Fund Retail (UVALX) | A | Dividend | K | T | Buy | 12/15/16 | K | | |
| 65. USAA Growth Fund (IRA) | | None | K | T | Buy | 12/14/16 | K | | |
| 66. USAA Income Fund Retail (IRA) | | None | K | T | Buy | 12/14/16 | K | | |
| 67. USAA Income Stock Fund Retail (IRA) | | None | K | T | Buy | 12/14/16 | K | | |
| 68. USAA Intl. Fund Retail (IRA) | A | Dividend | L | T | Buy | 11/18/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, John M. | 5/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. K. Anderson promissory note | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, John M. | 5/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 2-4: In response to the Committee's request last year, I understand that you are asking for income generated by the assets, and I understand the difference between market fluctuations and income. However, the statements do not provide the level of detail required. Rather than guess, I have listed "none."

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John M. Rogers**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544